ACCEPTED
14-14-00159-CR
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
8/19/2015 4:27:16 PM
CHRISTOPHER PRINE
CLERK

Tuesday, August 18, 15

Christopher A. Prine, Clerk
Court of Appeals
State of Texas
Fourteenth District
301 Fannin, Suite 245
Houston, Texas 77002

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
8/19/2015 4:27:16 PM
CHRISTOPHER A. PRINE
Clerk

Re:   *John Joseph Priest v. The State of Texas*, Appeal No. 14-14-00159-CR

Dear Mr. Prine:

In accordance with Rule 48.4, I certify that on August 18, 2015, I sent a copy of this Court's Opinion to Mr. John Joseph Priest at his known address. That letter also advised Mr. Priest of his right to pursue a Petition for Discretionary Review according to Texas Rule of Appellate Procedure 68. The letter and opinion were mailed using certified mail, return receipt requested.

If you have any questions, please feel free to contact me.

Sincerely,

/s/ Andrea Kolski
**Andrea Kolski**

Enclosure:  Letter to *John Joseph Priest*

Wednesday, August 19, 15

John Joseph Priest
TDCJ Number: 01909732; SID Number: 04859482
CAROL YOUNG COMPLEX
5509 Attwater Ave.
Dickinson, TX 77539

Re:            *Priest v. State*
Appeal Number:   14-14-00159-CR
Trial Number:    11042290 (179th District Court)

Dear Mr. Priest

    Today, I received the opinion from the Fourteenth Court of Appeals. I am also enclosing the judgment from that court. The Court of Appeals ruled against you in that they affirmed your conviction.

    The next level to your appeal would be to the Court of Criminal Appeals in Austin, Texas. The Court of Criminal Appeals is not required to hear appeals, unlike the Ninth Court of Appeals. The Court of Criminal Appeals has discretionary review authority in criminal cases. it would be up to you to draft and file a Petition for Discretional Review (PDR) in a timely manner.

    Should you decide to do so, you would need to file the PDR within thirty days of the date of the opinion of the Fourteenth Court of Appeals pursuant to Texas Rule of Appellate Procedure 68. The date of the Judgment was August 18, 2015, so a PDR would be due to be filed with the Court of Criminal Appeals no later than September 18, 2015. The address to the Court of Criminal Appeals is: Court of Criminal Appeals, P.O. Box 12308, Austin, TX 78711.

    Feel free to contact me if you have any questions.

                                        Sincerely,

                                        /s/ Andrea Kolski
                                        **Andrea Kolski**